**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MELANY RODRIGUEZ NAVA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| | ) | No. 2:26-cv-02336-SHL-tmp |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) | |
| Respondent. | ) ) | |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On March 27, 2026, Petitioner Melany Rodriguez Nava filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Rodriguez Nava challenges her continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks her "immediate, unconditional release," arguing that her detention is "void ab initio."  (ECF No. 1 at PageID 1.)  Rodriguez Nava states that she served the Petition on Respondent Christopher Bullock through his attorney, Assistant United States Attorney Stuart Canale, by email.  (Id. at PageID 16.)  Canale filed his notice of appearance.  (ECF No. 6.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)     Within **five days** of this Order, Respondent shall respond to the Petition in writing.

(2)     Rodriguez Nava may file a reply within **two days** after Respondent's responsive filing.

(3)     Respondent shall not transfer Rodriguez Nava out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 30th day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE