## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| MELANY RODRIGUEZ NAVA, <br><br>     Petitioner, <br><br> v. <br><br> CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, <br><br>     Respondent. | No. 2:26-cv-02336-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Melany Rodriguez Nava's Petition (ECF No. 1), filed March 27, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 13), filed April 7, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 16, 2026
Date